NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

NATHANIEL RENARD KYLES,
DOC #740223,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

Case No. 2D17-4608

Opinion filed February 20, 2019.

Appeal from the Circuit Court for Sarasota
County; Charles E. Williams, Judge.

Howard L. Dimmig, II, Public Defender,
and Rachel Roebuck, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Helene S. Parnes,
Senior Assistant Attorney General,
Tampa, for Appellee.

PER CURIAM.

        Affirmed.

SLEET, SALARIO, and ATKINSON, JJ., Concur.